UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. |
| | : 4:24-CV-149 |
| GOLDEN DOUGHNUTS ENTERPRISES, INC. | : |
| Defendant. | : |

## CONSENT JUDGMENT

Plaintiff, the United States of America, by and through its attorneys, C. Shanelle Booker, Acting United States Attorney, and Michael P. Morrill, Assistant U.S. Attorney, and Golden Doughnuts Enterprises, Inc., Defendant, by and through its attorneys Leon S. Jones, Jones & Walden LLC, hereby consent as follows:

Defendant is indebted to the United States by reason of a defaulted settlement agreement between Defendant and the United States Department of Homeland Security, Immigration and Customs Enforcement. Plaintiff and Defendant have agreed to settle the matter with the entry of this Consent Judgment in favor of the Plaintiff and against Defendant in the amount of $25,201.36 as of July 10, 2024, which represents principal, interest, and fees plus a filing fee of $405.00.

Defendant has signed a Waiver of Service acknowledging receipt of the Complaint filed in this matter and consents to Judgment being taken in this case. Defendant evidences its consent by signing hereunder and joins the Plaintiff in moving the Court to grant this Consent Judgment.

Therefore, pursuant to the consent by the parties and good cause appearing therefore:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the judgment in the amount of $25,201.36 as of July 10, 2024, which represents principal, interest, and fees plus a filing fee of $405.00 is hereby entered against Defendant.

DATED:  2/12/2025

                        C. SHANELLE BOOKER
                        ACTING UNITED STATES ATTORNEY

By:  /s/ *Michael P. Morrill*
     Michael Patrick Morrill
     Assistant U.S. Attorney
     State Bar No. 545410
     Post Office Box 1702
     Macon, Georgia 31202-1702
     (478) 621-2700
     Michael.morrill@usdoj.gov
     Attorney for Plaintiff

By:  /s/ *Leon S. Jones*
     Leon S. Jones
     State Bar No. 003980
     Jones & Walden LLC
     699 Piedmont Avenue NE
     Atlanta, GA 30309
     ljones@joneswalden.com
     Attorney for Defendant

IT IS SO ORDERED:

DATED:  February 13, 2025

                        S/Clay D. Land
                        CLAY D. LAND
                        UNITED STATES DISTRICT COURT JUDGE
                        MIDDLE DISTRICT OF GEORGIA